UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Greg Peterson

      v.                Case No. 08-cv-189-SM

United States Social Security
Administration, Commissioner

### O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 12, 2009, no objection having been filed, for the reasons set forth therein.  The Plaintiff's Motion for Order Reversing Decision of Commissioner (document number 7) is denied.  Defendant's Motion for Order Affirming Decision of Commissioner (document number 9) is granted.   The clerks shall enter judgment and close the case.

    SO ORDERED.

July 7, 2009

                                        _____
                                        Steven J. McAuliffe
                                        Chief Judge

cc: Raymond J. Kelly, Esq.
     T. David Plourde, Esq.